**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**



LACY LAWLER and
SAMUEL LAWLER                                                    **PLAINTIFFS**

**VERSUS**                          CIVIL ACTION NO. 1:22cv269 TBM-RPM

**CERTAIN UNDERWRITERS AT LLOYD'S and**
**HAMILTON INSURANCE DAC**                                       **DEFENDANTS**

## NOTICE OF REMOVAL

YOU ARE HEREBY NOTIFIED THAT: Certain Underwriters at Lloyd's, London Subscribing

to Policy No. 992MS-7570, whose sole underwriting member for the 2019 year of account is

Ironshore CC(3) Ltd, a company registered in England and Wales whose registered office is Level

38 Fenchurch Place, London, England  EC3M 4 A J, a private limited company which was

incorporated on October 14, 2009, as a surplus lines insurer authorized to do business in the State

of Mississippi, has removed this action from the Circuit Court of Hancock County, Mississippi to

the United States District Court for the Southern District of Mississippi, Southern Division.  In

support of this Notice of Removal, Certain Underwriters at Lloyd's, London, states:

I.

This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

II.

This action was originally commenced by Plaintiffs, Lacy Lawler and Samuel Lawler on

September 2, 2022, through the filing of a Complaint in the Circuit Court of Hancock County,

Mississippi, styled *Lacy Lawler and Samuel Lawler v. Certain Underwriters at Lloyd's and*

*Hamilton Insurance DAC,* Cause No: 23CI1:22-cv-00165.  The Summons and Complaint were

served on the Mississippi Insurance Department on September 8, 2022, at 10:04 a.m.  Pursuant to

28 U.S.C. §§ 1446(a), a true and correct copy of all process and pleadings served upon these Defendants, Certain Underwriters and Hamilton Insurance DAC in this action is attached hereto as Exhibit A.

III.

Pursuant to 28 U.S.C. §§ 1446(b), this Notice of Removal is being filed and served within thirty (30) days of first receipt by Defendant, through service or otherwise, of a copy of the initial pleadings setting forth the claim for relief upon which Plaintiffs' claims are based. A complete certified copy of the record on file in civil Cause No. 23CI1:22-cv-00165, in the Circuit Court of Hancock County, Mississippi will be separately filed electronically in accordance with L.U. Civ. R. 5(b) within fourteen (14) days of docketing of this Notice of Removal in the electronic filing system.

IV.

In the original Complaint, Lacy Lawler and Samuel Lawler name Defendants Certain Underwriters at Lloyd's and Hamilton Insurance DAC [sic]. At the time the Complaint was filed and at the time of filing of this Notice of Removal, Lacy Lawler and Samuel Lawler are resident citizens of Hancock County, Mississippi for the purposes of 28 U.S.C. § 1332 and 28 U.S.C. § 1441. Defendants are foreign corporations that are not residents of the State of Mississippi. See 28 U.S.C. § 1332(c)(2).

V.

Pursuant to 28 U.S.C. § 1441(a), the United States District Court for the Southern District of Mississippi, Southern Division, is the federal district court for the district and division embracing the place where the state court lawsuit was originally filed.

VI.

This court has original subject matter jurisdiction over this civil action pursuant to 28 U.S.C. §§ 1332 and 1441. At the time of the filing of the Complaint and at all times thereafter, complete diversity of citizenship has existed between the Plaintiff and the Defendants and the amount in controversy exceeds $75,000.00, excluding interest and costs.

VII.

Pursuant to 28 U.S.C. § 1446(d), Plaintiff is being provided with a copy of this Notice of Removal and a copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of Hancock County, Mississippi.

VIII.

Consistent with the provisions of 28 U.S.C. § 1446(d), no further proceedings shall be had in this matter in the Circuit Court of Hancock County, Mississippi.

Respectfully submitted, this the 30th day of September, 2022.

Certain Underwriters at Lloyd's, London
Subscribing to Policy No. 992MS-7570,
Defendant

BY: PURVIS & CO. PLLC

BY: _____
       Jason B. Purvis (MSB #100873)

Purvis & Co. PLLC
229 Debuys Road
Gulfport, MS 39507
Tel: (228) 206-7174
jpurvis@purviscolaw.com

## CERTIFICATE OF SERVICE

I, Jason B. Purvis, attorney for Defendants hereby certify that, on this day, I have filed this document with the Clerk of the USDC via hand-delivery and additionally am providing a copy of the foregoing pleading or other paper to all counsel of record via E-mail and/or U. S. Mail.

So certified on this, this the 30th day of September, 2022.

Jason B. Purvis (MSB# 100873)

Jason B. Purvis (MSB #100873)
Purvis & Co. PLLC
229 Debuys Road
Gulfport, MS 39507
Tel: (228) 206-7174
jpurvis@purviscolaw.com

4